UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DARRELL MCGARY,

Plaintiff,

v.

JAY INSLEE, et al.

Defendant.

CASE NO. 3:22-cv-05310-DGE

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Theresa L. Fricke, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court ADOPTS the Report and Recommendation (Dkt. No. 9);

(2) Plaintiff's application to proceed in forma pauperis is DENIED. Plaintiff is directed to pay the $402.00 filing fee within thirty (30) days of this Order.

(3) The Clerk is directed to send copies of this Order to Plaintiff.


Dated this 12th day of September, 2022.

David G. Estudillo
United States District Judge